# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-2809-JPR**                                                    Date: **June 24, 2025**

Title:  **Omar Luna v. Cynthia E. Collucci ex rel. Cynthia E. Collucci Living Trust**

================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause for Failure to Prosecute**

================================================================

PRESENT:

   **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                        ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

   On May 15, 2025, the Clerk entered default against Defendant Cynthia E. Collucci.  Plaintiff has taken no action in this case since then.  No later than 30 days from the date of this Order, Plaintiff must move for entry of default judgment against Defendant or take some other appropriate action or this lawsuit will likely be dismissed for failure to prosecute.

MINUTES FORM 11                                                                       Initials of Deputy Clerk: bm
CIVIL-GEN