JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA E. COLLUCCI ex rel.<br>CYNTHIA E. COLLUCCI LIVING<br>TRUST,<br><br>    Defendant. | Case No. CV 25-2809-JPR<br><br>J U D G M E N T |

For the reasons set forth in the accompanying Order Granting Plaintiff's Motion for Default Judgment, it is ADJUDGED THAT Plaintiff OMAR LUNA shall have JUDGMENT in his favor in the amount of $4,000 in statutory damages, $1,850 in attorney's fees, and $590 in costs, for a total of $6,440, against Defendant CYNTHIA E. COLLUCCI, as trustee of the CYNTHIA E. COLLUCCI LIVING TRUST.

In addition, Defendant CYNTHIA E. COLLUCCI, as trustee of the CYNTHIA E. COLLUCCI LIVING TRUST, IS ORDERED to provide an accessible parking space for the property located at 12122 Kagel

Canyon Rd., Sylmar, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: August 15, 2025

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE